No. 1058, October Term, 1940. RAND v. HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. 313 U. S. 594.

No. 32, October Term, 1940. FIDELITY UNION TRUST CO. ET AL. v. FIELD. October 20, 1941. 313 U. S. 550.

Nos. 287 and 288. KEEFE ET AL. v. BLOOMFIELD VILLAGE DRAIN DISTRICT ET AL.;

No. 289. KEEFE ET AL. v. MARTIN DRAIN AND BRANCHES DRAIN DISTRICT ET AL.;

No. 290. KEEFE ET AL. v. CENTER LINE RELIEF DRAIN DISTRICT ET AL.; and

No. 291. KEEFE ET AL. v. NINE-MILE-HALFWAY DRAIN DISTRICT ET AL. October 27, 1941. The motions to extend time within which to file petitions for rehearing are denied.

No. 212. BARNETT ET AL. v. RECONSTRUCTION FINANCE CORP. October 27, 1941.

No. 296. ENGELS v. AMRINE, WARDEN. October 27, 1941.

No. 507. PYLE v. KANSAS ET AL. October 27, 1941.

No. 74. MOORE v. UNITED STATES;

No. 196. FERGUSON v. UNITED STATES;

No. 200. DUPONT v. COMMISSIONER OF INTERNAL REVENUE;

No. 201. RASKOB v. COMMISSIONER OF INTERNAL REVENUE;